IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ESKER MARTIN, III**                                                                                              **PLAINTIFF**
**ADC #19785-14**

VS.                                            **4:15-CV-00045-BRW-JJV**

**BEAMUR, Unit Deputy,**
**Pulaski County Detention Facility;** *et al.*                                    **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I adopt the Proposed Findings and Recommended Disposition in their entirety as my findings in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice; any pending motions are DENIED as moot; and I certify under 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 4th day of May, 2015.


    /s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE